IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DERRICK GLENN ESTELL
ADC #147330                                                                                    PLAINTIFF

v.                          No. 4:25-cv-178-DPM-BBM

AUNDRA CULCLAGER, Director of
Medical and Mental Health;  MILLER,
APN, Varner Unit/Varner Supermax,
ADC;  BLAND, Doctor (Retired);  WELL
PATH, Medical Department of
Corrections;  BECK, Doctor, Larry B.
Norris Unit, ADC;  CHARLOTTE
GARDNER, Medical Services Manager,
Larry B. Norris Unit, ADC;  and LONNY
SEMSTER, APN, Larry B. Norris Unit,
ADC                                                                                                 DEFENDANTS

### ORDER

Unopposed recommendation, *Doc. 8*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Estell's medical deliberate-indifference claim against Dr. Bland and his official-capacity claims against all defendants are dismissed without prejudice for failure to state a claim.  The Court directs the Clerk to terminate Well Path and Dr. Bland as defendants.  Estell's medical deliberate-indifference claims against Director Culclager, APN Miller,

–2–

Dr. Beck, Gardner, and APN Semester, in their individual capacities, proceed.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 November 2025