**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DERRICK GLENN ESTELL**
**ADC #147330** **PLAINTIFF**

**v.** **No. 4:25-cv-178-DPM-BBM**

**AUNDREA CULCLAGER, Director of Medical and Mental Health; MARSHA MILLER, APN, Varner Unit/Varner Supermax, ADC; JAMES BECK, Doctor, Larry B. Norris Unit, ADC; CHARLOTTE GARDNER, Medical Services Manager, Larry B. Norris Unit, ADC; and LONNELL SEAMSTER, APN, Larry B. Norris Unit, ADC** **DEFENDANTS**

**ORDER**

Unopposed recommendation, *Doc. 28*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Director Culclager's motion for summary judgment, *Doc. 24*, is granted. Estell's conditions-of-confinement claim against Director Culclager is dismissed without prejudice for failure to exhaust administrative remedies. The Court directs the Clerk to terminate Director Culclager from this case.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 August 2026